NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALVIN NEAL PORTER, )
                              )
        Appellant, )
                              )
v. )       Case No. 2D16-3123
                              )
STATE OF FLORIDA, )
                              )
        Appellee. )
_____ )

Opinion filed August 31, 2018.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder
and Mark D. Kiser, Judges.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


       Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.